UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH SMITH,

    Plaintiff,

v.

KALAMAZOO COUNTY CIRCUIT COURT, et al.,

    Defendants.

_____/

Case No. 1:25-cv-464

Hon. Hala Y. Jarbou

## ORDER

On October 8, 2025, Magistrate Judge Ray Kent issued a report and recommendation (R&R) that this action be dismissed because Smith's complaint fails to state a claim. (ECF No. 7.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 22, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 7) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: November 3, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE